# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2096
Lower Tribunal No. 2021-CA-005934

_____

KIMBERLY CROSS,

Appellant,

v.

FLORIDA INSURANCE GUARANTY ASSOCIATION,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Joseph C. Fuller, Judge.

October 7, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and GANNAM, JJ., concur.


Jeremy D. Bailie and Sandford Blaine Kinne, of Weber, Crabb & Wein, P.A., St. Petersburg, for Appellant.

Megan G. Colter and Dorothy DiFiore, of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED